IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROY JACK NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.3:12-cv-941-TFM |
| | ) | [wo] |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security[1] | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

On March 5, 2013 the Court remanded this case to the Commissioner for additional administrative proceedings pursuant to Sentence Six of 42 U.S.C. § 405 (g). (Doc. 14).  Upon remand the ALJ issued a fully favorable decision finding Plaintiff disabled as of March 10, 2010.  On August 20, 2013, the Defendant, Acting Commissioner of Social Security, filed an Unopposed Motion for Entry of Judgment on the basis of the ALJ's decision issued July 23, 2013.  In addition, pursuant to 28 U.S.C. § 636 (c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.  Accordingly, it is

ORDERED, ADJUDGED AND DECREED as follows that:

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security.

1. The Defendant's Unopposed Motion for Entry of Judgment (Doc. 15) be and is hereby GRANTED and Judgment is to be entered in favor of the Plaintiff Roy Jack Newman and against the Defendant, Commissioner.

2. The Clerk of the Court is DIRECTED to reopen this case for the purposes of entering final judgment in favor of the Plaintiff

3. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 20th day of August, 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE